```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/17/2020  
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES FOR THE MASON TENDERS
DISTRICT COUNCIL WELFARE FUND,
PENSION FUND, ANNUITY FUND, AND
TRAINING PROGRAM FUND, and ANNA
GUSTIN, *in her fiduciary capacity as Director*, and
ROBERT BONANZA, *as Business Manager of*
THE MASON TENDERS DISTRICT COUNCIL
OF GREATER NEW YORK,

   Petitioner,

-against-

AMM CONSTRUCTION, INC.,

   Respondent.

20 Civ. 6445 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On August 13, 2020, Petitioner filed a petition to confirm an arbitration award. ECF No. 1. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is ORDERED that:

1. By **September 17, 2020**, Petitioner shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including memoranda of law, the arbitration award, supporting documents, and any affidavits or declarations attesting that the exhibits are true and correct copies of what they purport to be;

2. By **October 7, 2020**, Respondent shall file its opposition; and

3. By **October 14, 2020**, Petitioner shall file its reply, if any.

IT IS FURTHER ORDERED that by **August 31, 2020**, Petitioners shall serve a copy of the petition and this order upon Respondent by personal service—and, if available, by email—on an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service, pursuant to N.Y. C.P.L.R. § 311, and upon the Secretary of State, pursuant to N.Y. Bus. Corp. Law § 306. By **September 7, 2020**, Petitioners shall file an affidavit of such service.

SO ORDERED.

Dated: August 17, 2020
      New York, New York

_____
ANALISA TORRES
United States District Judge